UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KRATZ AERIAL AG SERVICE, INC., a North Dakota Corporation,<br><br>Plaintiff,<br><br>v.<br><br>JOHN A. SLYKERMAN, individually and dba Agra Fly; et al.,<br><br>Defendants. | No. 1:15-cv-01070-MCE-JLT<br><br>**ORDER** |

Defendants' Objections (ECF No. 70) to the Court's Pretrial Scheduling Order are hereby OVERRULED.

IT IS SO ORDERED.

Dated: March 26, 2018

MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

1